**FILED**

10/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0574



IN THE SUPREME COURT OF THE STATE OF MONTANA

**DA 24-0574**

JULIETTE R. ANGELO,

       Petitioner and Appellee,

  v.

KELLY A. ALLEN,

       Respondent and Appellant.

**GRANT OF MOTION
FOR
EXTENSION OF TIME**

Motion for extension of time to file Appellant's Opening Brief in this matter is **GRANTED.** The Appellant is granted an extension until November 29, 2024, within which to prepare, file and serve the Appellant's Opening Brief.

DATED: October 24, 2024

BOWEN GREENWOOD
Clerk of the Supreme Court